**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GARY LAMONT BABB** | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 4:26-cv-2866** |
| | § | |
| **TARIAN GROUP, LLC (AKA 'HSS')** | § | |
| **HOSPITAL CORPORATION OF** | § | |
| **AMERICA, AND PARK PLAZA** | § | |
| **HOSPITAL.** | § | |

**<u>DEFENDANT TARIAN GROUP, LLC'S CERTIFICATE OF INTERESTED PARTIES</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant Tarian Group, LLC

hereby discloses the parties who are financially interested in the outcome of this litigation.

1. Plaintiff, Gary Lamont Babb
   Beverly A. Barr
   Deanne M. Hodge
   Hodge & Barr
   Three Sugar Creek Center Blvd.
   Suite 100
   Sugar Land, Texas 77478

2. Defendant, Tarian Group, LLC
   c/o Danielle L. Hollis
   Nadia F. Savo
   Wilson Elser Moskowitz Edelman & Dicker, LLP
   909 Fannin Street, Suite 3300
   Houston, Texas 77010

3. Defendant, Hospital Corporation of America

4. Defendant, Park Plaza Hospital

335708339v.1

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Danielle L. Hollis*
**DANIELLE L. HOLLIS**
Texas Bar No. 24085380
Federal Bar No: 2727495
Danielle.Hollis@wilsonelser.com
**NADIA F. SAVO**
Texas Bar No. 24106497
Federal Bar No.        3364196
Nadia.Savo@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, Texas 77010
(713) 785-7780 Facsimile
(713) 353-2000  Telephone

**COUNSEL FOR DEFENDANT**
**TARIAN GROUP, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above foregoing document has been served on all counsel of record pursuant to the Texas Rules of Civil Procedure on May 13, 2026.

*/s/ Nadia F. Savo*
Nadia F. Savo

335708339v.1