**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GARY LAMONT BABB** | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 4:26-cv-2866** |
| | § | |
| **TARIAN GROUP, LLC (AKA 'HSS')** | § | |
| **HOSPITAL CORPORATION OF** | § | |
| **AMERICA, AND PARK PLAZA** | § | |
| **HOSPITAL."** | § | |

### STATEMENT OF INFORMATION IN REMOVED ACTION

> *Restate each instruction in bold and furnish the*
> *requested information.*

1. **State the date(s) on which defendant(s) or their representative(s) first received a copy of the summons and complaint in the removed state court action. If different, the date on which each defendant was served with a copy of the summons and complaint.**

   On March 10, 2026 Defendant Tarian Group, LLC was served with the underlying lawsuit.

2. **In actions removed based on diversity jurisdiction, list the citizenship of all parties, including the citizenship of each member of a partnership or other type of business association such as LLCs and LLPs. Specifically identify whether any defendants who have been served are citizens of Texas.**

   Defendant, Tarian Group, LLC

   Member/Managers of Tarian Group, LLC:

   Michael Hogsten, resident of Florida.
   Bradford Montague, resident of Virginia.
   Richard Bedlack, resident of Florida.

3. **In actions removed based on diversity jurisdiction, state the amount alleged in controversy and the basis for this amount.**

   Plaintiff's Original Petition requests relief over $75,000.

1

**4. In actions removed based on diversity jurisdiction pending more than one year in state court, specify why the case should not be summarily remanded.**

Not applicable.

**5. Identify any defendant that did not join in the notice of removal and explain why.**

No other defendant besides Tarian Group, LLC have made an appearance in the underlying case at the time of removal. The other named Defendants have not been properly joined and served to this Defendant's knowledge.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Nadia F. Savo_____*
**DANIELLE L. HOLLIS**
Texas Bar No. 24085380
Federal Bar No: 2727495
Danielle.Hollis@wilsonelser.com
**NADIA F. SAVO**
Texas Bar No. 24106497
Federal Bar No.        3364196
Nadia.Savo@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, Texas 77010
(713) 785-7780 Facsimile
(713) 353-2000  Telephone

**COUNSEL FOR DEFENDANT TARIAN GROUP, LLC**

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the above foregoing document has been served on all counsel of record pursuant to the Texas Rules of Civil Procedure on June 5, 2026.

*/s/ Nadia F. Savo*
Nadia F. Savo